■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL LIPSKY, Appellant.—Judgment, Supreme Court, Bronx County (Vincent Vitale, J.), rendered on June 23, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Kupferman, Carro, Asch and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN MARTIN, Appellant.—Judgment, Supreme Court, Bronx County (Joseph Cerbone, J.), rendered on May 13, 1986, unanimously affirmed.